June 10, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

THE MONTROSE MANAGEMENT DISTRICT; THE PUBLIC OFFICIALS: CLAUDE WYNN, RANDY MICHMORE, CASSIE STINSON, KATHY HUBBARD, BRAD NAGAR, ROBERT JARA, BOBBY HUEGEL, DANA THORPE, LANE LLEWELLYN, TAMMY MANNING, DAVID ROBINSON, MICHAEL GROVER, AND RANDY ELLIS; AND BILL CALDERON, EXECUTIVE DIRECTOR, Appellants

NO. 14-13-00233-CV                           V.

1620 HAWTHORNE, LTD., Appellee

_____

  This cause, an appeal from the interlocutory order signed February 25, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. The order of the court below is **REVERSED**, and appellants The Montrose Management District and Bill Calderon, Executive Director, are ordered **DISMISSED** from this cause for want of jurisdiction. We **REMAND** the cause for proceedings in accordance with the court's opinion.

  We further order that each party shall pay its costs by reason of this appeal.

  We further order this decision certified below for observance.